styles of the children" (*Shedd v Shedd*, 277 AD2d 917, 917-918; *see, Matter of Brescia v Fitts*, 56 NY2d 132, 140-141). Of those factors, respondent presented sufficient evidence only with respect to the increase in petitioner's income. That factor alone does not warrant an increase in child support (*see, Shedd v Shedd, supra; Matter of Rogers v Bittner*, 181 AD2d 990). We have considered petitioner's remaining contentions and conclude that they are without merit. We therefore modify the order by denying respondent's objections and reinstating the second ordering paragraph of the order of the Hearing Examiner. (Appeal from Order of Seneca County Family Court, Bender, J.—Matrimonial.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of JESSICA D., Appellant. WAYNE COUNTY ATTORNEY, Respondent. [721 NYS2d 847] —Appeal unanimously dismissed without costs as moot (*see, Matter of Alex N.*, 255 AD2d 626, 627). (Appeal from Order of Wayne County Family Court, Parenti, J.—Person in Need of Supervision.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of JOHN T. PLEAKIS, Respondent, v HOWARD M. PETERSON, as Executive Secretary of Office of Cattaraugus County Civil Service Commission and as Director of Personnel for County of Cattaraugus, et al., Appellants. (Appeal No. 1.) [722 NYS2d 777] —Appeal unanimously dismissed without costs (*see,* CPLR 5701 [b] [1]). (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—CPLR art 78.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of JOHN T. PLEAKIS, Respondent, v HOWARD M. PETERSON, as Executive Secretary of Office of Cattaraugus County Civil Service Commission and as Director of Personnel for County of Cattaraugus, et al., Appellants. (Appeal No. 2.) [722 NYS2d 777] —Appeal unanimously dismissed without costs (*see,* CPLR 5701 [b] [1]). (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—CPLR art 78.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of JOHN T. PLEAKIS, Respondent, v HOWARD M. PETERSON, as Executive Secretary of Office of Cattaraugus County Civil Service Commission and as Director of Personnel for County of Cattaraugus, et al., Appellants. (Appeal No. 3.) [722 NYS2d 458] —Judgment unanimously modified on the law and as modified affirmed without costs in accor-